IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAQUANDA GILMORE and )<br>L&G ASSOCIATES, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:14cv361-MHT<br>(WO) |

OPINION

This case is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motions for default judgment and entry of a permanent injunction should be granted, and that all other pending motions should be denied as moot. There are no objections to the recommendation. After an independent review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of October, 2015.

                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE